**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Shana Robinson, Appellant.

Appellate Case No. 2014-001272

———————————

Appeal From Berkeley County
Deadra L. Jefferson, Circuit Court Judge

———————————

Unpublished Opinion No. 2016-UP-036
Submitted December 1, 2015 – Filed January 20, 2016

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Kathrine Haggard Hudgins, of
Columbia; and Shana Robinson, pro se, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy
Attorney General John W. McIntosh, and Interim Senior
Assistant Deputy Attorney General John Benjamin Aplin,
all of Columbia; and Solicitor Scarlett Anne Wilson, of
Charleston, for Respondent.

———————————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.